U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAY 3 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WILLARD JAMES CASTILLE<br>**Plaintiff** | * | CIVIL ACTION NO. 2:05-cv-1376 |
| | * | |
| VERSUS | | SECTION "LC" |
| | * | |
| | * | JUDGE WALTER |
| LOUISIANA HEALTH SERVICE &<br>INDEMNITY COMPANY | * | |
| **Defendant** | | MAGISTRATE WILSON |

## ORDER

Considering the foregoing Motion,

IT IS ORDERED, ADJUDGED AND DECREED that the Stay of this matter is lifted.

Signed in Chambers at Lake Charles, Louisiana, on this ___ day of May, 2007.

_____
Judge, United States District Court
Western District of Louisiana