Fax Server 5/17/2007 5:06:19 PM PAGE 5/005 Fax Server
Case 2:05-cv-01376-DEW-KK Document 17 Filed 06/11/07 Page 1 of 1 PageID #: 54
Case 2:05-cv-01376-DEW-APW Document 15 Filed 05/17/2007 Page 1 of 1

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
   SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WILLARD JAMES CASTILLE<br>Plaintiff | * | CIVIL ACTION NO. 2:05-cv-1376 |
| | * | |
| VERSUS | * | SECTION "LC" |
| | * | |
| | * | JUDGE WALTER |
| LOUISIANA HEALTH SERVICE &<br>INDEMNITY COMPANY<br>Defendant | * | MAGISTRATE WILSON |

* * * * * * *
* * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED, ADJUDGED AND DECREED that the Stay of this matter is lifted.

Signed in Chambers at _Shreveport_ Louisiana, on this _10_ day of _June_, 2007.

_____
Judge, United States District Court
Western District of Louisiana